# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Thad Aubert, | 2:16-cv-02982-JAD-PAL |
| Plaintiff | **Order** |
| v. | |
| Brian Williams, Sr., | |
| Defendant | |

Pro se petitioner Thad Aubert is almost finished serving his ten-year, habitual-criminal sentence at the High Desert State Prison.[1] Aubert mailed a letter to the court, asking for clarification of some conflicting advice he received from fellow inmates.[2] But he did not file a complaint or an application to proceed *in forma pauperis*. Under Federal Rule of Civil Procedure, "[a] civil action is commenced by filing a complaint with the court."[3]

And, unless the party filing an action applies for and receives pauper status, he must also pay the $400 filing fee. I give Aubert 30 days from the date of this order to submit a complaint to this court to properly begin his civil action. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Aubert must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. He is therefore granted an opportunity to file a fully completed pauper application or pay the full $400 filing fee.

Accordingly, IT IS HEREBY ORDERED that **Aubert has until March 7, 2018, to: (1) submit a complaint to this court; AND (2) file a fully complete application to proceed *in***

---

[1] NEV. DEP'T OF CORR. (Feb. 5, 2018) http://doc.nv.gov/Inmates/Home/ (inmate search by name Thad Aubert or by offender ID 70566).

[2] ECF No. 1.

[3] FED. R. CIV. P. 3.

*forma pauperis* **with the necessary financial attachments or pay the full $400 filing fee**.

The **Clerk of Court** is directed to **SEND** to Aubert the **approved form application to proceed *in forma pauperis* by a prisoner, as well as instructions** for completing it. The **Clerk of Court** is also directed to **SEND** to Aubert the **approved form for filing a 42 U.S.C. § 1983 complaint and instructions** for filling it out. The Clerk of Court is also directed to send Aubert a copy of his letter (ECF No. 1).

IT IS FURTHER ORDERED that if **Aubert does not timely comply with or otherwise respond to this order, this case will be DISMISSED without further prior notice**.

DATED: February 5, 2018.

_____
U.S. District Judge Jennifer A. Dorsey